| | |
|---|---|
| DATE 3/26/2021 | CASE NUMBER 4:21MJ209 CAN |
| LOCATION Sherman | USA   Jay Combs   Appeared |
| JUDGE   Christine A. Nowak | |
| DEPUTY CLERK   K. Lee | V |
| COURT REPORTER Digital Recording | |
| USPO: L. Dudley | DAVID LEE JUDD |
| INTERPRETER N/A | Defendant |
| BEGIN: 10:37 a.m./ 10:46 a.m. | Brian O'Shea, FPD |
| | Attorney |

**FILED** MAR 26 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

☑ INITIAL APPEARANCE ON INDICTMENT / COMPLAINT
☐ PRELIMINARY HEARING
☐ DETENTION HEARING        OTHER DISTRICT: __DC__

☑ Defendant Sworn         ☐ Interpreter Required
☑ Dft appears: ☐ with   ☑ without counsel
☑ Date of arrest: 3/26/2021
☑ Defendant completed financial affidavit and requested appointment of counsel
☑ Dft first appearance with counsel ☐ CJA appointed ☐ Retained ☑ Federal Public Defender appointed
  Attorney: _Brian O'Shea_ (For the limited purposes of the hearings in the ED/TX only)
☑ Defendant is advised of the charges, rights, and penalties
☐ Preliminary hearing set for _____
☐ Identity hearing set for _____
☑ Govt (ORAL) motion for detention ☐ Govt oral motion for continuance   ☐ Oral Order granting ☐ Oral Order denying
☐ Defendant oral motion to continue preliminary and detention hearing   ☐ Oral Order granting ☐ Oral Order denying
☐ Detention hearing set for _____
☐ Order setting conditions of release ☐ Bond executed; dft released
☑ Defendant signed Waiver of Rule 5 and Rule 5.1 Hearings
    ☐ Defendant waives identity hearing
    ☐ Defendant waives preliminary hearing
    ☐ Defendant waives detention hearing
    ☐ Defendant waives identity hearing, production of warrant and any preliminary or detention hearing to which the defendant is entitled in this district and requests those hearings be held in prosecuting district at a time set by that Court
☑ Defendant ordered removed to prosecuting district
☐ Defendant released on Conditions of Release
☑ Defendant remanded to the custody of the United States Marshal.